IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FOX VALLEY LABORERS HEALTH AND WELFARE FUND, *et al*., | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| v. | ) ) | NO. 20 C 3979 |
| PALLERA CONSTRUCTION, INC., an Illinois corporation, | ) ) ) ) | JUDGE ELAINE E. BUCKLO |
| Defendant. | ) | |

**NOTICE OF VOLUNTARY DISMISSAL**

TO:    Michael V. Pall, Registered Agent/President
          Pallera Construction, Inc.
          40W191 Wildwood Drive
          Aurora, IL   60506-8907

NOW COME Plaintiffs, by and through their attorneys, and, as of right in accordance with Rule 41(a)(1)(i), Federal Rules of Civil Procedure, hereby dismiss this action without prejudice to the rights of Plaintiffs.

/s/   Catherine M. Chapman

Catherine M. Chapman
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6204026
Telephone: (312) 216-2565
Telefax: (312) 236-0241
E-Mail: cchapmanbaumsigman.com

**CERTIFICATE OF SERVICE**

        The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Notice of Voluntary Dismissal) with the Clerk of Court using the CM-ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 21st day of October 2020:

        Michael V. Pall, Registered Agent/President
        Pallera Construction, Inc.
        40W191 Wildwood Drive
        Aurora, IL   60506-8907


        /s/   Catherine M. Chapman


Catherine M. Chapman
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6204026
Telephone: (312) 216-2565
Telefax: (312) 236-0241
E-Mail: cchapman@baumsigman.com

I:\FVLJ\Pallera Construction\#29102\notice of voluntary dismissal.cmc.df.wpd