Fox Valley Laborers Health and Welfare Fund, et al.

        Plaintiff,

v.        Case No.: 1:20−cv−03979
        Honorable Elaine E. Bucklo

Pallera Construction, Inc.

        Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 22, 2020:

    MINUTE entry before the Honorable Elaine E. Bucklo: A notice of voluntary dismissal has been filed. This case is dismissed without prejudice pursuant to FRCP 41(a)(1)(A)(i). All pending dates and motions are terminated as moot. Civil case terminated. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.